AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DUSTIN HANSEN | ) | Case No. 4:17MJ3116 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   April 17, 2016 and Nov. 15, 2017   in the county of   Lancaster   in the   District of   Nebraska   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | On or about April 17, 2016, defendant did knowingly distribute and attempt to distribute visual depictions that are digital and computer images in files that had been mailed, shipped, and transported in interstate commerce by any means, including by computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct and were depictions of such conduct. In violation of 8 U.S.C. § 2252A(a)(2). |
| 18 U.S.C. § 2252(a)(4)(B) | On or about November 15, 2017, defendant did knowingly possess one or more photographs and other matter which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256, that had been mailed and shipped and transported in interstate commerce by any means including by computer. In violation of 8 U.S.C. § 2252(a)(4)(B). |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

TERRANCE TAYLOR, S.A., HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   11/16/2017

*Judge's signature*

City and state:   Lincoln, Nebraska      CHERYL R. ZWART, U.S. Magistrate
*Printed name and title*